ANNA M. ELGAR, Appellant, *v.* S. H. KRESS & CO., Respondent.

Submitted February 21, 1955; decided February 22, 1955.

*Sidney S. Levine* for motion.
*Charles F. Houghton* opposed.

Motion for order vacating order of this court dated February 9, 1955, dismissing the appeal herein granted upon payment by the movant of $10 costs of motion to respondent and provided that the record on appeal and briefs be filed on or before February 28, 1955, and case set down for argument during the third week of the February, 1955, session of the Court of Appeals.